THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM MINKOFF, Appellant.— Judgment of the Court of Special Sessions unanimously affirmed by default. Present — Rich, Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER KANTOR, Appellant.— Judgment of the Children's Court convicting defendant of juvenile delinquency affirmed by default. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

AUSTIN NICHOLS & CO., INC., Appellant, v. PETER PANELLI and VIRGINIA PANELLI, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

NATHANIEL BECHER, Respondent, v. CLARENCE D. SIRE, Appellant.— In view of the representation that counsel for appellant is in attendance upon his son's illness, motion to dismiss appeal is set down for the first Monday in November (November 7, 1927), at which time the papers in opposition must be submitted in accordance with rule 12.* Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

DOWNTOWN MARKET, INC., Respondent, v. HOLDEN WAREHOUSES, INC., and Others, Appellants.— Motion to dismiss appeal denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

DORA GINSBERG, Respondent, v. TONSON REALTY CORPORATION, Appellant, and CHRISTIAN G. FEUCHT, Defendant.— Motion for stay granted upon condition that defendant Tonson Realty Corporation, within five days from the entry of the order herein, file an undertaking with corporate surety in the sum of $5,000 to secure plaintiff from any loss resulting from the delay; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

In the Matter of ROBERT J. MAYER, an Attorney.— Owing to the death of the late Presiding Justice Kelly, the court orders a reargument of the motion for reargument of motion to confirm report of official referee, and sets the hearing for Monday, November 7, 1927. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Account of GUISIPPINA PARASCANDOLA, as Administratrix, etc., of JOSEPH AUDITORE, Deceased.— It appearing that the undertaking required by section 298 of the Surrogate's Court Act has been filed, appellant is relieved of his default and the motion to dismiss the appeal is denied. (Matter of Stephenson, 193 App. Div. 929.) Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.